UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR13-054RSL |
| Plaintiff, | ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | |
| SOPHAL LIM, | |
| Defendant. | |

This matter having come before the Court on the Defendant's Motion for Early Termination of Supervised Release the Court having reviewed the motion, defense counsel's declaration in support of the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Mr. Lim's supervised release is warranted by the conduct of Mr. Lim and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Lim shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this 7th day of November, 2019.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION
FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*Sophal Lim*; CR13-054RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100